1  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
2  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
4  San Diego, California  92130-2040
   Telephone: 858.720.5100
5  Facsimile:  858.720.5125

6  Attorneys for Defendant
   MCKESSON CORPORATION
7  d/b/a MCKESSON PACKAGING SERVICES

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICIA STEDTNITZ,                    Case No. 3:17-cv-5470-SK

12            Plaintiff,                   **STIPULATION PURSUANT TO CIVIL
                                           LOCAL RULE 6-1 TO EXTEND
13       v.                                MCKESSON'S TIME TO RESPOND TO
                                           THE COMPLAINT**
14  SANOFI S.A., AVENTIS PHARMA S.A.,
    SANOFI-AVENTIS U.S. LLC, separately, and
15  doing business as WINTHROP U.S.,       The Honorable Sallie Kim
    HOSPIRA WORLDWIDE, INC.; and
16  HOSPIRA, INC.; McKESSON               Case Removed:  September 21, 2017
    CORPORATION d/b/a McKESSON
17  PACKAGING,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Patricia Stedtnitz ("Plaintiff") and defendant McKesson Corporation d/b/a

2   McKesson Packaging Services ("McKesson"), through their undersigned counsel, hereby

3   stipulate as follows:

4    WHEREAS, Plaintiff filed the Complaint in this case on May 1, 2017, in the Superior

5   Court of California, San Francisco (Case No. CGC 17-558518);

6    WHEREAS, McKesson was served on May 1, 2017;

7    WHEREAS, Defendant sanofi-aventis U.S. LLC ("Sanofi") removed this case to this

8   Court on September 21, 2017;

9    WHEREAS, McKesson's deadline to respond to the Complaint is September 28, 2017;

10    WHEREAS, this case is related to the cases pending in a coordinated Multidistrict

11   Litigation (MDL) in the Eastern District of Louisiana:  *In re Taxotere (Docetaxel) Products*

12   *Liability Litigation*, Case No. 16-md-2740-KDE-MBN (*see* Notice of Related Cases,

13   ECF No. 4.);

14    WHEREAS, the Parties anticipate that this case will be subject to transfer to the pending

15   MDL;

16    WHEREAS, the Parties agree that it will conserve the Court's and the Parties' resources

17   to extend McKesson's deadline to respond to the Complaint until 30 days after the Judicial Panel

18   on Multidistrict Litigation determines whether this case should be transferred to the pending

19   MDL;

20    WHEREAS, pursuant to Civil Local Rule 6-1, parties may stipulate to extend the time for

21   a defendant to respond to the complaint in the event that such extension does not alter the date of

22   any event or deadline already fixed by the court;

23    WHEREAS, extending McKesson's deadline to respond as stipulated will not alter the

24   date of any event or deadline already fixed by this Court;

25    IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that

26   McKesson's time to respond to the Complaint shall be extended until 30 days following entry of

27   an order by the Judicial Panel on Multidistrict Litigation determining whether this case should be

28   transferred to the pending MDL.

1

2
Dated:  September 26, 2017                    MORRISON & FOERSTER LLP

3

4
                                             By: /s/ Julie Y. Park
                                                 Julie Y. Park

5
                                             Attorneys for Defendant
                                             MCKESSON CORPORATION d/b/a

6
                                             MCKESSON PACKAGING SERVICES

7

8
Dated:  September 26, 2017                    GOMEZ TRIAL ATTORNEYS

9

10
                                             By: /s/ Ahmed S. Diab
                                                 Ahmed S. Diab

11
                                             Attorneys for Plaintiff

12
                                             PATRICIA STEDTNITZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Julie Y. Park, am the ECF User whose ID and password are being used to file this document.  I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  September 26, 2017                MORRISON & FOERSTER LLP


                                          By:  /s/ Julie Y. Park
                                               Julie Y. Park